# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: August 29, 2012

CASE NO. 12 CR 179

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

MANUEL MARTA

APPEARANCES: Plaintiff: Chelsea Rice, Esq.

Defendant: Jennifer Schwartz, Esq.

PROCEEDINGS: Pre-trial held; both parties represented. Discovery on-going. Speedy trial waiver executed extending trial date to 12/31/12 @ 8:30 AM. Another pre-trial set for 10/25/12 @ 9:30 AM.

*Jennifer Fainfort*
LAW CLERK

Length of Proceedings: 15 MIN.