UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: October 24, 2012

CASE NO. 1:12 CR 179

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

MANUEL MARTA

APPEARANCES: Plaintiff: Robert Kern, Esq. And/or Chelsea Rice, Esq.

Defendant: Jennifer Schwartz, Esq.

PROCEEDINGS: P.T. held w/ all counsel present — Discovery on going — Def's computer is being analyzed. Def. is trying to get # confiscated returned. P.T. re-set 12/6/12 @ 9:30am

*Donald C. Nugent 10/25/12*

Length of Proceedings: 30 min